# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMIER DENENE DORTCH,<br><br>        Petitioner,<br>  vs.<br><br>D.K. JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 13-6204 PSG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: February 28, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE