# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMIER DENENE DORTCH,<br><br>　　　　　　Petitioner,<br>　　vs.<br>D.K. JOHNSON, Warden,<br><br>　　　　　　Respondent. | Case No. CV 13-6204 PSG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE February 28, 2014　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE